JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>METAL FABRICATION INDUSTRIAL IRONWORKS dba INDUSTRIAL IRONWORKS, a California corporation; OLD GLORY IRONWORKS, INC., a California corporation, and DANIEL GONZALEZ, an individual,<br><br>Defendants. | CASE NO. 5:23-cv-01203-JGB-BFM<br><br>**ORDER RE: DISMISSAL** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY ORDERED that:

(1) Pursuant to the "Stipulation for Dismissal Without Prejudice, Subject to the Court Retaining Jurisdiction of the Action to Enforce Settlement Agreement" entered into by and between the Plaintiffs and Defendants, the above-entitled case shall be dismissed, without prejudice; and

(2) This Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the parties' Settlement Agreement, including, but not limited to, entering judgment, amending judgments, issuing writs of execution, and issuing other orders.

DATED: August 23, 2024  _____
HONORABLE JESUS G. BERNAL
United States District Court Judge